

RECEIVED

SEP 0 3 2008
SEP 03 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Kirklon Adkins

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Thomas Dart
Sgt. Anderson
Cook County
Div-11-Sick call's Medical Director

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

08CV5010
JUDGE ZAGEL
MAG. JUDGE COX

Case No: _____
(To be supplied by the Clerk of this Court)

**CHECK ONE ONLY:**

✗ **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

___ **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

___ **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

   A. Name: Kirkley Adkins

   B. List all aliases: None

   C. Prisoner identification number: 2008-004-5636

   D. Place of present confinement: Cook County Jail

   E. Address: 2600 S. California 60608

   (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
   (In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

   A. Defendant: Thomas Dart
      Title: Sheriff of Cook County
      Place of Employment: The Daly Center

   B. Defendant: Supt. Anderson
      Title: Supt.
      Place of Employment: Division II Cook County Jail

   C. Defendant: Cook County Jail Medical Director
      Title: Cook County Div II Medical Director
      Place of Employment: Cook County Jail

   (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

    A. Name of case and docket number: _____

    B. Approximate date of filing lawsuit: _____

    C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____

    D. List all defendants: _____

    E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____

    F. Name of judge to whom case was assigned: _____

    G. Basic claim made: _____

    H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____

    I. Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Dear Judge on June 30th 2008, I was sent to the Cook county Jail.

I Begged the Arresting Sheriff to Allow me to get my medications from my Home where I was Arrested. "All A waest or time" upon Reaching Cook county Jail I Begged The Guards, Doctors in processing And Drop Many Sickcall Slips to Get Treated for my Illnesses. Even provieding proff sending in copies of my Prescriptions. I Even filed Grievance. I Take 800 moltrin, Robaxin and Vikaden. for Two Blewout knees and a Ruptured Disk in my Back

The yellow slip Enclosed will prove It.

It Took me 37 Days to Be treated

I lived in pain even Having to climb the 13 Stairs and Even Sleep on the top Bunk.

I State and Stand By the claim that Defendent Thomas Dart, Supt. Anderson, Cook County and Div-11-Sick coll's medical Director, Failed in there Jobs Discription Allowing, the people Employed under him to Subjected plaintiff Kinklen Adkins to Scott. Crule and Unusal punishment and Delebret Indeferences He Know These conditions Exist and fail to correct them after proof from many Complaints Have Came to Light
This is how Each Defendant is responable for my Damages

**V.   Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I Begg the court to cause each Defendant to Be Held Accountable for there Action. Thomas Dart, Supt Anderson, Cook County and Div-11-medical Director (Jon Doe). Requesting they Pay 780,000 Each in compensator Damage 320 in punitive Damgen. If the Court feed's this Amount is fair.

**VI.**   The plaintiff demands that the case be tried by a jury.  ☐ YES  ☑ NO

### CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this _Aug_ day of _29_, 20_02_

_(signature)_
(Signature of plaintiff or plaintiffs)

Kinklen Adkins
(Print name)

2008-004-5636
(I.D. Number)

2600 S. California 60608
Chicago Ill.
(Address)

6

Revised 9/2007

**CERMAK HEALTH SERVICES OF COOK COUNTY**
2800 S. California Ave. Chicago, Illinois 60608
(773) 869-5622

**Patient Copy**

| | |
|---|---|
| Patient: Adkin, Kirklin | ID# 200800497636   Date 5/7/08 |
| Problem: | Location: 11 CC   Weight:   Date of Birth 8/28/01 |
| Order (Physician's Signature after last order) | Allergy: NKDA |

1. Motrin 600 PO TID/PRN x 4wk
2. Robaxin 750mg PO BID x 4wk
3. Bottom Bunk

**FOR INFORMATION ONLY - DO NOT DISPENSE**

DEA / Illinois Lic.#   Physician PRINT   Time:   Med/Surg [ ]
Form 853.01   MHS [ ]

Part-A / Control #: ___ X 1356

Referred To: _____

☐ Processed as a request.

# COOK COUNTY DEPARTMENT OF CORRECTIONS
# DETAINEE GRIEVANCE

Detainee Last Name: ~~Kirklen~~ Adkins   First Name: Kirklen

ID #: 2008-0015636   Div.: 11   Living Unit: cc   Date: 07/23/08

BRIEF SUMMARY OF THE COMPLAINT: Re: medical Neglect!!
I've sent in 4 yellow medical Slips Starting July 1, 2008 Todate Begging for the chance to see a Doctor Regarding my serious medical weds. I've Gotten No Answer yes, no or why I'm Being Denied. I suffer from A Sliped Disk in my Back and Both my knees are Gone my Cartlege is worn Down. The Arresting Sheriff on this case wouldn't Let me Get my medication. To Bring in from my house. I Take Vickoden Muscle Relayers, and 200 mg. of Ibprofens 3 Times a Day.
    Please Help I'm In pain.
        Thank you  Kirklen L Adkins  200300156.36

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:
C.C.J. COS Div-11

ACTION THAT YOU ARE REQUESTING:
To See a Doctor please for Help

DETAINEE SIGNATURE: Kirklen L Adkins

C.R.W.'S SIGNATURE: _____   DATE C.R.W. RECEIVED: 7/23/08

*Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.*

(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

Part – B / Control #: _____X_____

## C.C.D.O.C. DETAINEE GRIEVANCE / REFERRAL & RESPONSE

*EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFETY OF A DETAINEE*

**Detainee's Last Name:** Atkins  **First Name:** Kimley  **ID#:** 2008-00_____

**Is This Grievance An Emergency?** YES ☐  NO ☐

**C.R.W.'S Summary Of The Complaint:** Detainee alleges that he needs medical attention.

**C.R.W. Referred Griev. To:** Cermak  **Date Referred:** 7/25/08

**Response Statement:** Referred to Dr. Physician Patient Care Services

_____ _____ **Date:** 7/30/08 **Div./Dept.** CHS
(print- name of individual responding to this griev.) (signature of individual responding to this griev.)

_____ _____ **Date:** 07/30/08 **Div./Dept.** CCDOC
(print- name of Supt. / Designee / Dept. Admin.) (signature of Supt. / Designee / Dept. Admin.)

_____ _____ **Date:** 7/31/08
(print- name of Prog. Serv. Admin./ Asst. Admin.) (signature of Prog. Serv. Admin./ Asst. Admin.)

**Date Detainee Received Response:** 07/31/08  **Detainee Signature:** _____

### REQUEST FOR AN APPEAL
*APPEALS MUST BE MADE WITHIN 14 DAYS OF THE DATE THE DETAINEE RECEIVED THE RESPONSE*

**Date Detainee Request For An Appeal:** 07/31/08

**Detainee's Basis For An Appeal:** I am sick and begging for my meds for pain since June 30, date 7-31-08

**Appeal Board's Acceptance Of Detainee's Request:** YES ☒  NO ☐

**Appeal Board's Reasoning / Decision / Recommendation To The Superintendent Or Administrator:**
Please ensure detainee is seen by medical

**Appeal Board's Signatures / Dates:** _____

**Date Detainee Rec.'d the Appl. Bd.'s Response:** 8/15/08  **Detainee Signature:** X

**GRIEVANCE CODE(S):** (____) (____) (____) (____)

(WHITE COPY – PROG. SERV.) (YELLOW COPY - C.R.W.) (PINK COPY – DETAINEE) (GOLDENROD COPY – DIVISION/SUPT. OFFICE)