**PRISONER CASE** (CAT 3) MHN

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

# Civil Cover Sheet

**Plaintiff(s):** KIRKLEN ADKINS  **Defendant(s):** THOMAS DART, et al.

**County of Residence:** COOK  **County of Residence:**

**Plaintiff's Address:**  **Defendant's Attorney:**

Kirklen Adkins
#2008-0045636
Cook County Jail
P.O. Box 089002
Chicago, IL 60608

FILED
9-3-2008
SEP - 3 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Basis of Jurisdiction:**
- [ ] 1. U.S. Government Plaintiff
- [x] 3. Federal Question (U.S. gov't. not a party)
- [ ] 2. U.S. Government Defendant
- [ ] 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:
Defendant:

**08CV5010
JUDGE ZAGEL
MAG. JUDGE COX**

**Origin:**
- [x] 1. Original Proceeding
- [ ] 2. Removed From State Court
- [ ] 3. Remanded From Appellate Court
- [ ] 4. Reinstated or Reopened
- [ ] 5. Transferred From Other District
- [ ] 6. MultiDistrict Litigation
- [ ] 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 555 Prison Conditions

**Cause of Action:** 42:1983pr

**Jury Demand:** [ ] Yes  [x] No

**Signature:** /s/ Kirklen Adkins  **Date:** 9/3/08